United States District Court
Southern District of Texas

**ENTERED**

March 26, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| JOSE CABRERA SALAZAR, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-00165 |
| | § | |
| KRISTI NOEM, TODD LYONS, | § | |
| PAMELA BONDI, and WARDEN, | § | |
| Respondents. | § | |

**ORDER**

Before the Court is the parties' Joint Notice of Dismissal. (Dkt. No. 15). The notice provides that the parties have agreed to dismiss, without prejudice, all causes of action in this case. (*Id.* at 1).

While not styled a "joint stipulation of dismissal," the notice provides for dismissal of all causes of action against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without prejudice, and is signed by all parties who have appeared. (Dkt. No. 15). In substance, then, the notice is a stipulated dismissal pursuant to Rule 41(a)(1)(A)(ii), and the Court construes it as such. Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id.* Here, the notice states that the parties have agreed to dismiss, without prejudice, all causes of action in this case. (Dkt. No. 15 at 1).

Because the stipulation is signed by counsel for all parties who have appeared in this case, Plaintiff's claims against Defendants KRISTI NOEM, TODD LYONS, PAMELA BONDI, AND WARDEN were **DISMISSED WITHOUT PREJUDICE** effective upon the filing of the Stipulation of Dismissal, (Dkt. No. 15). *See Whittier v. Ocwen Loan Servicing, L.L.C.*, 128 F.4th 724, 727 (5th Cir. 2025) (Stipulated dismissals under Rule 41(a)(1)(A)(ii) are "effective immediately and renders subsequent action by the district court superfluous with no force or effect" (quotations omitted)).

The Clerk is hereby **DIRECTED** to terminate the case.

It is so **ORDERED**.

**SIGNED** on March 26, 2026.

_____
John A. Kazen
United States District Judge